# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373-9128
FAX (718) 504-7555
ShakedLawGroup@Gmail.com

May 6, 2022

**VIA ELECTRONIC FILING**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Linda Slade v. American Behavioral Research Institute, LLC**
      **Case No. 22-cv-2231-LGS**
      **Request for Adjournment of Initial Status Conference**

Dear Judge Schofield,

An Initial Status Conference (the "Conference") is scheduled for May 18, 2022 at 4:20 p.m.

The parties have reached a settlement in principle and require an additional thirty (30) days to consummate the terms of the settlement.

Therefore, the parties respectfully requests that the initial pretrial conference as well as the deadlines to submit a Joint Letter and a joint Proposed civil Case Management Plan and Scheduling Order be adjourned for thirty (30) days.

No prior application for this relief has been made.

Thank you for your attention to this matter.

Respectfully submitted,

Dan Shaked
*Attorney for Plaintiffs*

cc: Timea Ciliberti (on behalf of *pro se* Defendant by email)

Plaintiff's letter motion references a different plaintiff than the named plaintiff in case 22 Civ. 2231.  The application is DENIED without prejudice to renewal with the correct party name.

Dated: May 6, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**